Finally, we'll hear United States versus all right, title, and interest, the Maryland case. Good afternoon. Good afternoon, Your Honor. I'm Said Amini. I represent to Maryland Properties and Islamic Education Center, which I'm going to refer to IEC. First of all, Your Honor, I've been involved with this case since 2009, and I'm only seeing one familiar face, Mr. Lockhart. Everybody else is new. So I know the case in and out. This is a narrow appeal. And Your Honor, also, I practiced law in five states for many years. This is one of the cases I have seen my client has been really unfairly treated in last 10 years we have been involved with. Initially, 2009, my understanding was we were a tenant, but also we made a claim that this was a long-term tenant and occupant, and we had a vested interest in the property. This is going back to 2009. There was no ownership interest mentioned on that. That's part of the problem. You had a tenancy claim, and then later on, after the date, you tried to make it an ownership claim. Your Honor, yes. In 2013, almost everybody amended the complaint, including the government. And the judge actually had the order, which my understanding from that order was to file any claim we have by a certain date, which I complied to that. And again, for this case, I'm going to really raise three issues. One of them is relation back. When we file amended complaint and when we refile a case, it always relates back to the original filing. In this case, my argument is, and this may be the first case of impression in this court, so I wasn't able to find any. Our amended filing of 2013 should relate back to 2009. First of all, nobody prejudiced with that, and I have provided, there's no case law in this circuit. There was arguable prejudice in the sense that when the government thought it was just a suddenly you were changing it into something very different. Your Honor, we had that 2013, government themselves, they amended. And many other claimants came forward after that. It wasn't just us. And even after that... Why does it relate back? How does the ownership claim, or why does the ownership claim in 2013 relate back to what was a leasehold claim in 2009? Your Honor, this is the same case, started 2009, and is in the middle of the process, we are filing amended complaint, or amended claim. And it's just a principle of relation back, which was addressed in Seventh Circuit and hasn't been addressed here. I think that's something should be addressed. And even after that, we filed this amended complaint 2013, judge accepted that. Then we had a hearing on May 2nd of 2014, and here's the judge on the bench. She admits that Maryland IEC has equitable rights and interests in that are significant in terms of assertion, in terms of value, and in terms of usage. This is a judge admitting six months after, or five, six months after we filed the amended claim. And then what she does, she says, well, we are going to put you on obeyance on the sideline until we make all the decision. So at that time, we are cut off from all the discovery and all our involvement, and we just sit back and see what happens. We did not get involved in a trial. We did not get in any kind of discovery. So we just put on the side as a trial, and until they made a decision. I represent 10,000 congregation members that are members of IEC in greater Washington, D.C. area. There are lots of educated people, lots of attorneys. They're all scratching their heads. So what's happening, we bought this property in 1981. This property goes back to 1981, not 89, not 95, not 2003, which all I heard today. The property I'm actually representing, we bought in 1981. The second property was purchased in 1984. So this has nothing to do with any of these claims against Alavi. And the only problem that happened at that time, the title was given to Alavi. At that time, it was Mustazafin. It wasn't even Alavi. It was a separate organization. It was given to them as not for a private organization, and they were the caretaker of the deed. And this happens in Dominion and so on. There are other issues with payment of $2 million, but we didn't even get to that. Judge just dismissed the entire claim based on statute of limitation, and they just left us in cold. She did not look at any of the evidence we have provided. Yes, sir. When you filed your initial claim, did you appreciate or did you have an understanding of the interest that you're now asserting in terms of ownership or some greater interest than the leasehold interest in the property? Your Honor, paragraph 9, 10, and 11 of the claim I filed 2009, this says, number 9 says that IUC has a vested interest in the property. This is the first one. And at that time, you know, I was... In conclusion, did you plead a fact that said, you know, like if you'd said the property's under contract for purchase, something like that? But you didn't plead that, did you? Your Honor, I did file that at the time. I did not know what happened in 1981. This one all goes back to 1981. All these board members I dealt with in 2009, they were all retired. Some of them had passed away, and I did not know that until I filed this. And I then amended complaint for the government. All the new filing came along. At that time, I did investigation, and I find out all the deeds and all the transfers, all the payments. So I did not know initially when I filed, but I knew since 1981, the community, IUC purchased the property. It wasn't the LIV. They are the one paid like $250,000 initial down payment and a couple bank payments. I knew, and they were the only one that used that property, and they did not pay any rent ever to Mostazapin or LIV. There was no rental payment? There was no rental payment. And you say that confirms then the ownership interest? Yes, but when I filed 2009, because of Rule 11, I didn't want to make any kind of claim. I did not know. But I learned all these while doing the discovery in our part, and the same thing happened to the government and also to private claimant. They also find lots of stuff during the discovery. You laid this out to the judge because you have to make a good cause to amend your claim, right? Well, again, at the time, judge asking for anybody have a claim to file a claim by so-and-so, and I did file. And then judge had opportunity, and the government had opportunity to file their motion at the time, and they did not do anything about it until the trial was over. Then they filed motion for summary judgment, and the judge granted it. You have three minutes for rebuttal, so we'll hear from the government. May it please the court, good afternoon. Council began by suggesting that what happened in the I think a fair look at the chronology here shows that it had nothing to do with unfairness. It had to do with the record. And I think the easiest way to consider the record here is chronologically in three stages. And when you look at what happened chronologically in three stages, what you'll see is both, first of all, why relation back would be inappropriate under the facts here, as well as why there was, in fact, prejudice to the evolving nature of the Maryland claims. So the first claim, which is the only one that was timely, was filed in 09. And if the court looks at that claim, the word that you'll see over and over again in that claim is occupant, occupant, tenant, usage agreements. In other words, the IEC was clearly claiming a leasehold interest. And the reason that the government for the next number of years didn't take any action, didn't make discovery requests, didn't notice depositions, is because as we said with respect, for example, to the Texas IEC claim as well, which was in the same boat, we were not seeking to forfeit leasehold interests that we would take subject to leaseholds and those could be worked out in the appropriate forum. And that was the document that was in place from 2009 until 2013. Comes along 2013 and the Maryland IEC makes a claim based on WAQF, W-A-Q-F, that because a lobby was supposed to hold the property under Islamic principles of law for the benefit of the Maryland IEC, even though it was legally titled in a lobby, that somehow generates a constructive trust. I would point out that first of all, there was no reason why those facts couldn't have been known in 2009 and pled in 2009. I'll get separately to the facts that come in 2017, where at least there's an argument that these new facts come from Mr. Shafi, but let me ask you something. And there's a lot here and this is the end of the day. If the congregation had paid the foundation two million dollars and they operated under an Islamic principle of law that they thought was relevant to their relationship and they paid two million dollars and they had an appreciation of the fact that notwithstanding the legal title, but that indeed it was being held for their benefit, wouldn't that fit within constructive trust law? Since they would be in a position of trust recognized through whatever principles. I mean positions of trust can come through close relationships or through, I suppose, religious principles that the parties both recognize. That doesn't necessarily have to be that the state endorses as legal principles. And then there's a payment of some sum of money. Wouldn't that be enough to at least create some semblance of a legal argument for constructive trust? So let's assume, I suppose, that had been pled in a timely fashion. I think there would still be two problems with that argument in terms of a constructive trust. First of all, under Maryland law, the constructive trust also has to have some element of fraud. And not just is there no element of fraud alleged here, but what the Maryland IEC actually relies on defeats an argument of fraud. They rely on the affidavit of Mr. Shafi who says that in fact the two million dollar was paid and yet Alavi never deeded the property back to the Maryland IEC. What he says that the Maryland IEC to show fraud versus just a failure to reconvey, which the Maryland case law, as we've set out in our brief, says is not enough to create a constructive trust. He says in the affidavit that there was no fraudulent intent at the time. Second of all, the court would look to the analogous statute of limitations in civil actions, which in Maryland is three years. And again, there's nothing in the record which would make up for the approximately 30 year gap that goes here. During that time, the Maryland IEC did not act as if they were the owner, they acted as if they were the tenant. And lastly, in 2017, they introduced the facts of the payment that was supposedly learned from Shafi. That is again inconsistent with what was alleged in 2017 and again creates facts that show why there was prejudice here and as much as the government would not have had that opportunity during the discovery period. Unless there are any further questions, I'll rest on the papers. Thank you. We'll hear the rebuttal. Yeah, just quickly. My amended claim was 2013 and they had lots of opportunity to file motion for summary judgment and they did not. They waited until the trial was over and then they filed their motion. And the judge, the district court judge, she actually acknowledged our interest in the property in 2014. That was five, six months after she actually learned about a new claim of ownership. But again, the issue of this relation back in the forfeiture case, I believe that's a case of first impression for this court and that would probably benefit the case laws, you know, if we have something along the Seventh Circuit, which I have cited, which says basically, you know, it relates back if there's enough allegation was made in the initial filing. Do you think you have a claim under Maryland law to enforce, say that a lobby hadn't been subject to the forfeitures, that the properties of a lobby? Yes, your honor. Do you think that you'd have a claim against the lobby for? Yes, your honor. The statute of limitations actually start from the time we actually learned about it. That $2 million, the person who actually donated that money after that, he passed away. We did not even know that money actually has come back to LAV. And LAV never disclosed that at the time was actually most as a fee. They did not disclose to us and we did not know anything about that $2 million until Mr. Chaffee, he was a president of most as that in 1980, 1981, he disclosed to us for the first time. And he did say that was first time it was in a deposition. And that is the time really start a statute of limitation. And yes, there's a claim has been filed, but is on holding pending all the decision, what happens in this case. Yes, your honor, we do meet the four prong test for a construct of trust. Thank you. We'll reserve decision. The final case is on submission. Accordingly, I'll ask the clerk to adjourn. Thank you for your time.